# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Date:			June 23, 2015

Deputy Clerk:		Kathleen Finney
Court Reporter:		Tracy Weir

**Civil Action No. 15-cr-00865-REB-KLM**

*Parties:*						*Counsel:*

RICHARD SMITH, individually and on			Joshua Konecky (telephone)
behalf of all others similarly situated,

	Plaintiff,
v.

KEYPOINT GOVERNMENT				Margaret Hogan
SOLUTIONS, INC.,					Jennifer Harpole
							Karin Cogbill (telephone)
	Defendant.

## COURTROOM MINUTES

**Motion Hearing on #17.**

**10:06 a.m.   Court in session**

Appearances of counsel.

Opening statements by the court.  For hearing and consideration is the **Plaintiff's Ex Parte Application for Temporary Restraining Order and Setting of Hearing for Preliminary Injunction or, in the Alternative, Motion for Protective Order** [#17] filed June 19, 2015.

Argument by Mr. Konecky.

Argument by Ms. Hogan.

Reply by Mr. Konecky.

**IT IS ORDERED** as follows:

>The matter is taken under advisement and the court will issue a written ruling as soon as practicable.

**11:34 a.m.    Court in recess.**

Total time in court:   01:28.

Hearing concluded**.**