IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00865-REB-KLM

RICHARD SMITH, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

KEYPOINT GOVERNMENT SOLUTIONS, INC., a Delaware corporation,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **[Proposed] Stipulated Protective Order** [#32]. The parties filed the document as a motion but did not provide a motion separate from the [Proposed] Stipulated Protective Order.

IT IS HEREBY **ORDERED** that the Motion [#32] is **GRANTED**. The [Proposed] Stipulated Protective Order [#32], with interlineations, is accepted for filing as of the date of this Minute Order.

Dated: July 20, 2015